UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SAMMY L. CASEY-EL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:05 CV 97 LMB |
| MICHAEL COLEMAN, et al., | ) |
| Defendants. | ) |

## ORDER

In view of the court's Order granting plaintiff leave to file an Amended Complaint adding Brian Williams as a defendant (Doc. No. 26),

**IT IS HEREBY ORDERED** that the United States Marshal Service shall effect service of process on Defendant Brian Williams in the manner described in Rule 4 of the Federal Rules of Civil Procedure.

Dated this  20th  day of September, 2006.

_Lewis M. Blanton_
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE